## IN THE UNITED STATE DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr.A. No. 16-CR-077-RGA |
| SEAN MOORE, | : | |
| Defendant. | : | |

### NOTICE OF APPEAL

TO:  Clerk of the Court                              Elizabeth L. Van Pelt, Esquire
      United States District Court                 Assistant United States Attorney
      For the District of Delaware                United States Attorney's Office
      Federal Building                                   Nemours Building
      844 King Street                                     1007 Orange Street, Suite 700
      Wilmington, Delaware 19801              Wilmington, Delaware 19801

**PLEASE TAKE NOTICE** that Defendant-Below, Appellant, Sean Moore, by and through his attorney, John S. Malik, hereby appeals to the United States Court of Appeals for the Third Circuit from the Sentence of the Honorable Richard G. Andrews of the United States District Court for the District of Delaware imposed on December 6, 2017.

**PLEASE TAKE FURTHER NOTICE** that Appellant Moore hereby appeals his sentence as determined and imposed pursuant to the United States Sentencing Guidelines.

                                                  /s/ John S. Malik
                                                  JOHN S. MALIK
                                                  100 East 14th Street
                                                  Wilmington, Delaware 19801
                                                  (302) 427-2247
                                                  Attorney for Defendant-Below,
                                                   Appellant, Sean Moore

Dated:  December 19, 2017

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Cr.A. No. 16-CR-077-RGA |
| | : | |
| SEAN MOORE, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I, John S. Malik, do hereby certify that on this 19th day of December, A.D., 2017, I have had Defendant-Below, Appellant Sean Moore's Notice of Appeal electronically served upon the following individual(s) at the following address(es):

> Elizabeth L. Van Pelt, Esquire
> Assistant United States Attorney
> United States Attorney's Office
> Nemours Building
> 1007 Orange Street, Suite 700
> Wilmington, Delaware 19801

> /s/ John S. Malik
> JOHN S. MALIK
> 100 East 14th Street
> Wilmington, Delaware 19801
> (302) 427-2247
> Attorney for Defendant-Below,
>  Appellant, Sean Moore