# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Cr.A. No. 16-77-RGA |
| | : | |
| SEAN MOORE, | : | |
| | : | |
| Defendant. | : | |

**MOTION TO RESCHEDULE REPORTING DATE FOR EXECUTION
OF SENTENCE DUE TO WINTER WEATHER EMERGENCY**

**COMES NOW,** Defendant Sean Moore by and through his attorney, John S. Malik, and respectfully requests that the enter an Order rescheduling the January 4, 2017 reporting date for the execution of the Sentence of Defendant Sean Moore based upon the following grounds:

1.     At his December 6, 2017 Sentencing, Defendant Sean Moore was ordered to self-report on January 4, 2018 to a Federal Correctional Institutiion to be designated by the Bureau of Prisons for the commencement of his Sentence of incarceration.

2.     Subsequently, Mr. Moore received notification from the Bureau of Prisons that he was to report to the Federal Correctional Institution at Fort Dix, New Jersey on Thursday, Janary 4, 2018 at 2:00 P.M.

3.     On January 4, 4018, a severe winter storm created a weather emergency that resulted in the closing of the United States District Court for the District of Delaware as well as all Delaware State Courts.

4.     On the morning of January 4, 2018, Mr. Moore attempted to telephone the Federal Correctional Institution at Fort Dix, New Jersey to inquire regarding the effect of

the severe winter storm upon his scheduled January 4, 2018 reporting date since the weather conditions hampered his ability to travel to Fort Dix, New Jersey to report to commence his Sentence of incarceration.  Mr. Moore advised that there was no answer during his attemnpts to telephone the prison.

5.     Also on the morning of January 4, 2018, Mr. Moore telephoned counsel and inquired what he should do given his inability to contact anyone at the Federal Correctional Institution at Fort Dix, New Jersey and the hazardous travel conditions caused by the storm.  Counsel made an executive decision and advised Mr. Moore not to attempt to travel to Fort Dix given the winter weather emergency situation and the closing of the United States District Court for the District of Delaware and all Delaware State Courts.  Furthermore, counsel advised Mr. Moore that a motion would be filed requesting a new reporting date for the commencement of his Sentence given the winter storm weather emergency.

6.     Mr. Moore is prepared to report to Federal Correctional Institution at Fort Dix, New Jersey at the earliest possible time following the conclusion of the winter storm weather emergency.

**WHEREFORE,** Defendant Sean Moore respectfully requests that this Honorable Court enter an Order rescheduling his January 4, 2018 reporting date for the commencement of his Sentence of incarceration in the above captioned criminal action.

Respectfully submitted,

/s/ John S. Malik
JOHN S. MALIK
ID No. 2320
100 East 14th Street
Wilmington, Delaware 19801
(302) 427-2247
Attorney for Defendant,
 Sean Moore

Dated:  January 4, 2018

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Cr.A. No. 16-77-RGA |
| | : | |
| SEAN MOORE, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

    **AND NOW, TO WIT,** this \_\_\_\_\_ day of January, A.D., 2018, Defendant Sean Moore's Motion for Rescheduling of Reporting Date for Execution of Sentence Due to Winter Weather Emergency having been duly heard and considered,

    **IT IS SO ORDERED**:

    That the reporting date for the commencement of the Sentence of Defendant Sean Moore in the above captioned matter is hereby continued to the \_\_\_\_\_ day of _____ , A.D., 2018, at _____ \_\_\_.M.

_____
THE HONORABLE RICHARD G. ANDREWS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Cr.A. No. 16-77-RGA |
| | : | |
| SEAN MOORE, | : | |
| | : | |
| Defendant. | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, John S. Malik, attorney for Defendant Sean Moore do hereby certify that on this 4th day of January, A.D., 2018, I have had the attached Motion for Rescheduling of Reporting Date for Execution of Sentence Due to Winter Weather Emergency served via electronic e-mail upon the individual listed below at the following address:

Elizabeth L. Van Pelt, Esquire
Assistant United States Attorney
United States Attorney's Office
Nemours Building
1001 Orange Street, Suite 700
Wilmington, Delaware 19801

/s/ John S. Malik
JOHN S. MALIK
100 East 14th Street
Wilmington, Delaware 19801
(302) 427-2247
Attorney for Defendant,
Sean Moore